

**NUMBER 13-11-00489-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**CORPUS CHRISTI RETAIL VENTURE LP,**                                    **Appellant,**

**v.**

**AMCO LANDSCAPING & IRRIGATION, INC.,**                           **Appellee.**

---

**On Appeal from the 28th District Court
of Nueces County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Corpus Christi Retail Venture LP, filed an appeal from a judgment entered by the 28th District Court of Nueces County, Texas, in cause number 2010-DCV-5071-A. Appellant has filed an unopposed motion to withdraw the appeal on grounds that the appeal was erroneously filed. Appellant requests that this Court withdraw the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
11th day of August, 2011.